# Exhibit D

| Fcly Geo St Nm | Fcly County Nm | Borr County Nm | Borr Nm | Asst Typ Desc |
|---|---|---|---|---|
| WYOMING | LARAMIE | CALUMET | WTE BURNETT DAIRY RNG LLC | REAP-MAND RENEW ENERGY SYSTEMS LOANS GUAR |
| CONNECTICUT | TOLLAND | CHESTER | HYTONE AG-GRID LLC | REAP-MAND RENEW ENERGY SYSTEMS LOANS GUAR |
| NEW YORK | FRANKLIN | FAIRFIELD | EAST BRANCH RNG, LLC | REAP-MANDATORY RENEW ENERGY SYST GRANTS |

| Asst Typ Cd | Dt Orgn Obl | Dt Obl | Stat Det Cd | Loan Pgm Type Cd | Guaranteed Loan Amt | Grant Amt | Direct Loan Amt |
|---|---|---|---|---|---|---|---|
| 509 | 2/23/2022 | 2/23/2022 | 302 | REAP | 19,113,382 | 0 | 0 |
| 509 | 3/15/2022 | 3/15/2022 | 302 | REAP | 3,688,498 | 0 | 0 |
| 508 | 9/20/2022 | 9/20/2022 | 302 | REAP | 0 | 249,900 | 0 |

| Tot Dvlp Cst | Leverage Percentage | Cong Distr | Rep | Senator Nm 1 | Senator Nm 2 | Prj Nm |
|---|---|---|---|---|---|---|
| 25,810,392 | 25.95% | 1 | CHENEY | BARRASSO | LUMMIS | FY22 ANAEROBIC DIGESTER-DAIRY |
| 5,168,576 | 28.64% | 2 | COURTNEY | BLUMENTHAL | MURPHY | FY21 ANAEROBIC DIGESTER |
| 12,686,400 | 98.03% | 21 | STEFANIK | SCHUMER | GILLIBRAND | FY22 REAP ANAEROBIC DIGESTER |

| Prj Type Desc | Prj Type Ot Desc | Vapg App Cat Desc | Val Add Prod Type Desc | Val Add Prod Ot Desc | Spcl Initiative Desc 1 |
|---|---|---|---|---|---|
| RENEWABLE ENERGY | | | | | MEDICALLY UNDERSERVED AREA |
| RENEWABLE ENERGY | | | | | UNDERREPRESENTED GROUPS |
| RENEWABLE ENERGY | | | | | DISTRESSED COMMUNITY |

| Spcl Initiative Desc 2 | Spcl Initiative Desc 3 | Spcl Initiative Desc 4 | Spcl Initiative Desc 5 | Racial Info Src Desc | Ethnc Ind |
|---|---|---|---|---|---|
| | | | | PROVIDED BY CUSTOMER | |
| | | | | EMPLOYEE OBSERVED | N |
| | | | | PROVIDED BY CUSTOMER | |

| Ethnc Num | Blk Afr Amer Num | Asian Num | Hi Pac Isl Num | Amer Ind Akn Ntv Num | Wht Num | Gndr Desc |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 1 | MALE-OWNED ORGANIZATION |
| 0 | 0 | 0 | 0 | 0 | 0 | MALE-OWNED ORGANIZATION |

| Lclly Prodrd Food Ind | Local Foods Comment |
|---|---|
| N | |
| N | |
| N | |

OEA Cmnt Txt
This Rural Development investment will be used for WTE-Burnett Dairy RNG, LLC to develop an anaerobic digester tank system to convert cow manure into biogas. Burnett Enterprises, Inc. and Burnett Land and Livestock LLLP, a locally owned and operated dairy will lease the site for the anaerobic digester and the dairy manure feedstock to This Rural Development guarantee will be used to assist farmers, and small businesses is developing renewable energy systems and in making energy-efficient improvements to their operations. Hytone Ag-Grid, LLC is a special purpose company formed for the purpose of investing in on-farm anaerobic digester at Hytone Farm, This Rural Development investment will be used to assist farmers, ranchers, and rural small businesses in developing renewable energy systems, and in making energy efficient improvements to their operations. East Branch RNG, LLC is a newly formed company in Malone NY that will utilize manure from Carsada Dairy to produce

| Fnd Cde | Stat Amt | Tot Scor | New Energy Savings Qty | New energy Savings Descrp | New Energy Grnt Qty | New Gnrt Enery Descp |
|---|---|---|---|---|---|---|
| 57 | 19,113,382 | 61.44 | | | | |
| 57 | 3,688,498 | 71 | | | | |
| 0 | 249,900 | 60 | | | | |

| New Grnhs Savings Qty | New Grnhs Desc | New Prj Grnhs Calc MegaWatts | Prj Gls Id Key | Servicing Office | Prim Naics Cd |
|---|---|---|---|---|---|
| | | | 975,000,585,314,992 | 59-751 | 221117 |
| | | | 188,000,145,912,702 | 06-705 | 221118 |
| | | | 402,000,252,618,163 | 37-745 | 221117 |

| Valid Energy Type | Energy Type Ot Desc | Energy Subcategory | Energy Scat Ot Desc | Borr Adr Line1 | Borr Adr Line2 | Borr Adr City |
|---|---|---|---|---|---|---|
| BIOMASS | | ANAEROBIC DIGESTER | | 820 WEST MAIN ST | PO BOX 149 | CHILTON |
| BIOMASS | | ANAEROBIC DIGESTER | | 7 GREENBRIAR LANE | | KENNETT SQUARE |
| BIOGAS | | ANAEROBIC DIGESTER | | 591 W PUTNAM AVE | | GREENWICH |

| Borr Adr St Abbr | Borr Adr Zip Cd | Fcly Adr Line1 | Fcly Adr Line2 | Fcly Adr City | Fcly Adr St Abbr | Fcly Adr Zip |
|---|---|---|---|---|---|---|
| WI | 53014-0000 | 5453 COUNTY ROAD 202 | | CARPENTER | WY | 82054-9404 |
| PA | 19348-0000 | 2047 BOSTON TURNPIKE | | COVENTRY | CT | 06238-0000 |
| CT | 06830-0000 | 3107 STATE ROUTE 11 | | MALONE | NY | 12953-0000 |

| IRP Total Jobs per Formula | IRP Total Businesses Assisted Per Formula | Borr Cntct Nm | Borr Cntct Phn Nbr | Application Cntct Nm |
|---|---|---|---|---|
| 0 | 0 | VANORNUM, DOUGLAS J | 920-849-9797 | VANORNUM, DOUGLAS J |
| 0 | 0 | AKKI, RASHI | 610-574-8737 | AKKI, RASHI |
| 0 | 0 | VAN BURKEL, BAS | 518-925-0246 | VANBURKEL, BAS |

| Cntct Phn Nbr | Cntct Email Adr | Projected Undup Jobs Created | Projected Undup Jobs Saved | Projected Undup Total Jobs |
|---|---|---|---|---|
| 920-849-9797 | info@wte.llc | 1 | 0 | 1 |
| 610-574-8737 | | 0 | 0 | 0 |
| 518-925-0246 | | 0 | 0 | 0 |

| Projected Undup Businesses Assist | Projected Undup Small Business Assist | Projected Undup Farmers Assist | Projected Undup Groups Asst Ct |
|---|---|---|---|
| 1 | 2 | 0 | 0 |
| 1 | 1 | 0 | 0 |
| 1 | 1 | 0 | 0 |

| Projected Undup Coop Incorp Ct | Projected Undup Coops asst ct | Projected Undup Business Incorp Ct | Projected Undup Individual Asst Ct |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

| Projected Undup Plans Accomplished | Projected Undup Payback Years | Leveraged Amt | Guaranteed count | Grant Count |
|---|---|---|---|---|
| 0 | 0 | 6,697,010 | 1 | 0 |
| 0 | 8 | 1,480,078 | 1 | 0 |
| 0 | 36 | 12,436,500 | 0 | 1 |

| Direct Loan Count | Borrower Count | Leverage Amt | Vapg Elg Cd | Vapg Elg Desc | VAPG Comment | Guar Pct | Guar Fee Pct |
|---|---|---|---|---|---|---|---|
| 0 | 1 | 6,697,010 | | | | 80 | 1 |
| 0 | 1 | 1,480,078 | | | | 80 | 1 |
| 0 | 1 | 12,436,500 | | | | | |

| Guar Fee Amt | Deprsed Revitalized Desc | Appl Svc St Abbr | Appl Svc St Nm | Appl Svc Hq Nm | Borr Enty Type Desc |
|---|---|---|---|---|---|
| 152,907.05 | NEITHER | WY | WYOMING | WY STATE C & BP | LIMITED LIABILITY COMPANY |
| 29,507.98 | DISTRESSED COMMUNITY | CT | CONNECTICUT | WINDSOR | CORPORATION |
| | | NY | NEW YORK | CANTON | LIMITED LIABILITY CORPORATION |

| Fcly Geo St Nm (Rd Fcly Cp) | | Borrower Name | Program | Asst Typ Desc | TOA Code |
|---|---|---|---|---|---|
| CONNECTICUT | 1 | HYTONE AG-GRID LLC | REAP | REAP IRA RES GRANT UNRESTRICTED (FY 22/23) | 903 |
| IDAHO | 1 | SKYLINE BIOGAS, LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| INDIANA | | NATURE'S METHANE - HUNTINGTON I, LLC | REAP | REAP-MAND RENEW ENERGY SYSTEMS LOANS GUAR | 509 |
| KANSAS | | RIO VISTA FARMS, LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| MICHIGAN | 1 | BIOWORKS ENERGY PARTNERS LLC | REAP | REAP IRA RES GRANT UNRESTRICTED (FY 22/23) | 903 |
| MICHIGAN | 1 | MEADOWBROOK AG-GRID LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| NEBRASKA | 1 | BUTLER COUNTY BIOGAS LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| NEBRASKA | 1 | NCE BARTLETT LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| NEBRASKA | 1 | NCE WOLBACH LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| NEBRASKA | 1 | WOOD RIVER BIOGAS LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| VERMONT | 1 | MACHIA BROTHERS DAIRY LLC | REAP | REAP IRA RES GRANT UNRESTRICTED (FY 22/23) | 903 |
| VERMONT | 1 | PAUL PERCY DBA PERCY FARM | REAP | REAP IRA RES GRANT UNRESTRICTED (FY 22/23) | 903 |
| WISCONSIN | 1 | PINNACLE BIOGAS LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |
| WISCONSIN | 1 | ROCK PRAIRIE BIOGAS LLC | REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 |

| Status Code | Request Type | Project Name | Project Type | GLS Obl Amt | Tot Dvlp Cst | Leverage Percentage Oblgs |
|---|---|---|---|---|---|---|
| 302 | GRANT ONLY | FY23 550KW ANAEROBIC DIGESTER | RENEWABLE ENERGY | $800,000.00 | 4,857,066 | 84.00% |
| 360 | GRANT ONLY | FY2023 RES ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 11,111,111 | 91.00% |
| 302 | GUARANTEED LOAN | FY23 ANAEROBIC DIGESTER $7.7M | RENEWABLE ENERGY | $7,750,000.00 | 24,728,482 | 69.00% |
| 302 | GRANT ONLY | FY23 REAP-RES ANAEROBIC DIGEST | RENEWABLE ENERGY | $1,000,000.00 | 9,800,594 | 90.00% |
| 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER | RENEWABLE ENERGY | $234,815.00 | 587,038 | 60.00% |
| 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 41,999,389 | 98.00% |
| 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 8,333,334 | 88.00% |
| 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 11,111,112 | 91.00% |
| 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 11,111,112 | 91.00% |
| 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 6,666,667 | 85.00% |
| 302 | GRANT ONLY | FY23 RES ANAEROBIC DIGESTER | RENEWABLE ENERGY | $747,124.00 | 1,868,022 | 60.00% |
| 302 | GRANT ONLY | FY23 RES ANAEROBIC DIGESTER | RENEWABLE ENERGY | $750,284.00 | 1,875,712 | 60.00% |
| 302 | GRANT ONLY | FY23 ENERGY ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 9,090,909 | 89.00% |
| 302 | GRANT ONLY | FY23 ENERGY ANAEROBIC DIGESTER | RENEWABLE ENERGY | $1,000,000.00 | 9,090,909 | 89.00% |

| Matching Fund Obligation | Energy Type Desc | Energy Type Ot Desc | Energy Generated | Energy Generated Units | Energy Saved | Energy Saved Units |
|---|---|---|---|---|---|---|
| 4,057,066 | BIOGAS | | 3,040,000 | KILOWATT HOURS (KWH) | 0 | |
| 10,111,111 | BIOGAS | | 173,820 | KILOWATT HOURS (KWH) | 0 | |
| 16,978,482 | BIOMASS | | 31,412,661 | KILOWATT HOURS (KWH) | 0 | |
| 8,800,594 | BIOMASS | | 23,530,480 | KILOWATT HOURS (KWH) | 0 | |
| 352,223 | BIOGAS | | 2,450,000 | KILOWATT HOURS (KWH) | 0 | |
| 40,999,389 | BIOGAS | | 28,343,493 | KILOWATT HOURS (KWH) | 0 | |
| 7,333,334 | BIOGAS | | 26,699,296 | KILOWATT HOURS (KWH) | 0 | |
| 10,111,112 | BIOGAS | | 18,985,052 | KILOWATT HOURS (KWH) | 0 | |
| 10,111,112 | BIOGAS | | 19,666,471 | KILOWATT HOURS (KWH) | 0 | |
| 5,666,667 | BIOGAS | | 16,834,407 | KILOWATT HOURS (KWH) | 0 | |
| 1,120,898 | BIOGAS | | 1,233,775 | KILOWATT HOURS (KWH) | 0 | |
| 1,125,428 | BIOGAS | | 1,233,775 | KILOWATT HOURS (KWH) | 0 | |
| 8,090,909 | BIOGAS | | 25,160,151 | KILOWATT HOURS (KWH) | 0 | |
| 8,090,909 | BIOGAS | | 24,564,630 | KILOWATT HOURS (KWH) | 0 | |

| Prj Grnhs Rdn Sav Qty | Prj Grnhs Rdn Uom Desc | Lclly Prodrd Food Ind |
|---|---|---|
| 668.8 | KILOWATT HOURS (KWH) | N |
| 17.382 | KILOWATT HOURS (KWH) | N |
| 23,245.37 | KILOWATT HOURS (KWH) | N |
| 9,647.50 | KILOWATT HOURS (KWH) | N |
| 1,127 | KILOWATT HOURS (KWH) | N |
| 13,038.01 | KILOWATT HOURS (KWH) | N |
| 15,218.60 | KILOWATT HOURS (KWH) | N |
| 10,821.48 | KILOWATT HOURS (KWH) | N |
| 11,209.89 | KILOWATT HOURS (KWH) | N |
| 9,595.61 | KILOWATT HOURS (KWH) | N |
| 24.6755 | KILOWATT HOURS (KWH) | Y |
| 24.6755 | KILOWATT HOURS (KWH) | Y |
| 14,089.68 | KILOWATT HOURS (KWH) | N |
| 13,756.19 | KILOWATT HOURS (KWH) | N |

OEA Comment

This Rural Development investment will be used to help Hytone Ag-Grid, LLC purchase and install a 550.00kW Anerobic Digester. Hytone Ag-Grid was established in 2016 for the purpose of owning and operating the anaerobic digester system located at Hytone Farm. The project is expected to generate 3,040,000kWh of electricity per year, This Rural Development investment will be used to help farmers, ranchers, and rural small businesses develop renewable energy systems, and make energy-efficiency improvements to their operations. Skyline Biogas, LLC is a special purpose entity created to develop, own and operate an anaerobic dairy digester. This project will build an anaerobic covered lagoon digester in Burley, Idaho to capture biogas emissions, condition the captured gas to renewable biomethane, and then inject the product into the

This Rural Development investment will be used to assist farmers, ranchers, and rural small businesses in developing renewable energy systems, and in making energy-efficiency improvements to their operations.  Rio Vista Farms, LLC is an existing dairy located in Hamilton County, Kansas.  Project funds will be used for installation of an This Rural Development investment will be used to purchase and install combined heat and power (CHP) units, food waste holding tanks and handling equipment at an existing anaerobic digester at a municipal waste facility. BioWorks Energy Partners, LLC is a newly created biomass electric power generation company. This project will This Rural Development investment will be used to purchase and install a twin tank digester using dairy manure and food waste at a 4,035 head dairy farm to produce renewable natural gas (RNG). Meadowbrook AG-Grid, LLC is a rural small business that was established July 2021 for the purpose of owning & operating an anaerobic This Rural Development investment will be used to help Butler County Biogas LLC, a producer or renewable natural gas in Rising City, Nebraska, install an anaerobic digester. This project is expected to generate $1,821,960 per year. It will generate 26,699,296 kilowatt hours (kWh) per year, which is enough energy to power 2,463 homes This Rural Development investment will be used to help NCE Bartlett LLC, a renewable natural gas producer in Bartlett, Nebraska, install an anaerobic digester. This project is expected to generate $1,295,540 per year. It will generate 18,985,052 kilowatt hours (kWh) per year, which is enough energy to power 1,751 homes per year. This Rural Development investment will be used to help NCE Wolbach LLC, a renewable natural gas producer in Wolbach, Nebraska, install an anaerobic digester. This project is expected to generate $1,342,040 per year. It will generate 19,666,471 kilowatt hours (kWh) per year, which is enough energy to power 1,814 homes per year. This Rural Development investment will be used to help Wood River Biogas, a renewable natural gas business in Miller, Nebraska, install an anaerobic digester. This project is expected to generate $1,148,780 per year. It will generate 16,834,407 kilowatt hours (kWh) per year, which is enough energy to power 1,553 homes per year. This Rural Development investment will be used to install an anaerobic digester at Machia Bros Dairy farm in Sheldon, VT, using off-site organic food waste (OFW). Waste generated from the farm operations of the applicant will be used to generate methane, which will be captured and used to power a combined heat and power unit. The system will generate biogas equaling 1,955,670 kWh of power to run a combined heat/electricity unit, and to process and produce a liquid fertilizer, animal bedding and This Rural Development investment will be used to install an anaerobic digester at Percy dairy farm in Stowe, VT. The project will include receiving off site organic food waste (OFW) in a receiving tank and putting the OFW and existing farm manure into an anaerobic digester tank where it will be processed to generate biogas, and digestate. The biogas will then be cleaned and used to power a combined heat and power unit, and the digestate will be further processed to create liquid fertilizer and animal bedding. The digester and the CHP will be on-site at the applicant's farm. The digester will produce heat and power for use on the farm with excess electricity sold to the electrical grid The Rural Development investment will be used at Pinnacle Biogas LLC, a newly created business, to build an anaerobic covered lagoon digestor to capture biogas emissions, condition the captured gas to renewable biomethane, and then inject the product biomethane into the utility pipeline for delivery to CNG stations in California to The Rural Development investment will be used at Rock Prairie Biogas LLC, a newly created business, to build an anaerobic covered lagoon digestor to capture biogas emissions, condition the captured gas to renewable biomethane, and then inject the product biomethane into the utility pipeline for delivery to CNG stations in California to

| Jobs Created | Jobs Saved | Total Jobs | Businesses Assisted | Small Businesses Assisted | Farms Assisted | Count of Oblgs amount |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 4 | 0 | 4 | 1 | 0 | 1 | 1 |
| 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |

| Spcl Initiative Desc 1 | Spcl Initiative Desc 2 | Spcl Initiative Desc 3 | Spcl Initiative Desc 4 | Spcl Initiative Desc 5 | NAICS Code |
|---|---|---|---|---|---|
| UNDERREPRESENTED GROUPS | TARGET AREA (STATE PLAN) | | | | 221117 |
| | | | | | 211130 |
| | | | | | 221117 |
| | | | | | 112120 |
| | | | | | 221117 |
| | | | | | 221210 |
| | | | | | 211130 |
| | | | | | 211130 |
| | | | | | 211130 |
| | | | | | 211130 |
| | | | | | 112120 |
| | | | | | 112120 |
| TARGET AREA (STATE PLAN) | | | | | 211130 |
| TARGET AREA (STATE PLAN) | | | | | 211130 |

| Borrower Entity Type | Deprsed Revitalized Desc | Fcly Nm | Fcly Adr Line1 | Fcly Adr Line2 |
|---|---|---|---|---|
| CORPORATION | NEITHER | HYTONE AG-GRID LLC | 2047 BOSTON TURNPIKE | |
| LIMITED LIABILITY CORPORATION | NEITHER | SKYLINE DAIRY DIGESTER | S 800 W | |
| LIMITED LIABILITY COMPANY | | NATURE'S METHANE - HUNTINGTON I, LLC | 5906 S 100 E | |
| LIMITED LIABILITY COMPANY | | RIO VISTA FARMS, LLC | 9801 W HWY 50 RD F | |
| LIMITED LIABILITY CORPORATION | | 2023 REAP PROJECT | 3671 W HERBISON RD | |
| LIMITED LIABILITY CORPORATION | | 2023 REAP PROJECT | 333 E TUPPER LAKE RD | |
| LIMITED LIABILITY CORPORATION | | BUTLER COUNTY BIOGAS LLC | 2670 D RD | |
| LIMITED LIABILITY CORPORATION | | NCE BARTLETT LLC | SWINE RD | |
| LIMITED LIABILITY CORPORATION | | NCE WOLBACH LLC | GREELEY AVE | |
| LIMITED LIABILITY CORPORATION | | WOOD RIVER BIOGAS LLC | 30955 HWY 183 | |
| PROPRIETORSHIP | | MACHIA BROTHERS DAIRY LLC | 1530 RICE HILL RD | |
| PROPRIETORSHIP | | PAUL PERCY | 2919 MOUNTAIN ROAD | |
| LIMITED LIABILITY CORPORATION | | FY23 ENERGY ANAEROBIC DIGESTER | N4135 DECATUR SYLVESTER RD | |
| LIMITED LIABILITY CORPORATION | | FY23 ENERGY ANAEROBIC DIGESTER | 12317 US HIGHWAY 14 | |

| Fcly Adr Line3 | Fcly Adr City | Fcly Adr Zip | Fcly County | Fcly Adr St Abbr | Vapg Elg Desc | Vapg App Cat Desc |
|---|---|---|---|---|---|---|
| | COVENTRY | 62380000 | TOLLAND | CT | | |
| | BURLEY | 833180000 | | ID | | |
| | HUNTINGTON | 467500000 | HUNTINGTON | IN | | |
| | COOLIDGE | 678360000 | HAMILTON | KS | | |
| | DEWITT | 488200000 | CLINTON | MI | | |
| | LAKE ODESSA | 488490000 | IONIA | MI | | |
| | RISING CITY | 686580000 | BUTLER | NE | | |
| | BARTLETTE | 686220000 | WHEELER | NE | | |
| | WOLBACH | 688820000 | GREELEY | NE | | |
| | MILLER | 688580000 | BUFFALO | NE | | |
| | SHELDON | 54570000 | FRANKLIN | VT | | |
| | STOWE | 56720000 | LAMOILLE | VT | | |
| | BRODHEAD | 535200000 | GREEN | WI | | |
| | AVALON | 535050000 | ROCK | WI | | |

| Borr Adr Line1 | Borr Adr Line2 | Borr Adr Line3 | Borr Adr City | Borr Adr Zip Cd | Borr Adr St Abbr | Borr Phn Nbr |
|---|---|---|---|---|---|---|
| 7 GREENBRIAR LANE | | | KENNETT SQUARE | 193480000 | PA | 6105748737 |
| 845 SILVER SPRING PLAZA | STE D | | LANCASTER | 176010000 | PA | 3197503434 |
| 5906 S 100 E | | | HUNTINGTON | 467500000 | IN | 2604100945 |
| 9801 W HWY 50 RD F | | | COOLIDGE | 678360000 | KS | 5606737306 |
| 9119 NEWCASTLE COURT | | | GRAND BLANC | 484397347 | MI | 7409722499 |
| 7 GREENBRIAR LANE | | | KENNET SQUARE | 193481556 | PA | 6105748737 |
| 1730 SOUTH ST | | | REDDING | 960010000 | CA | 2105277631 |
| 845 SILVER SPRING PLAZA, STE D | | | LANCASTER | 176010000 | PA | 3197503434 |
| 845 SILVER SPRING PLAZA, STE D | | | LANCASTER | 176010000 | PA | 3197503434 |
| 845 SILVER SPRING PLAZA, STE D | | | LANCASTER | 176010000 | PA | 3197503434 |
| 1507 SHAWVILLE ROAD | | | FRANKLIN | 54570000 | VT | 8023706541 |
| 29 PERCY HILL ROAD | | | STOWE | 56720000 | VT | 8023719999 |
| N4135 DECATUR SYLVESTER RD | | | BRODHEAD | 535200000 | WI | 2105277631 |
| 12317 US HIGHWAY 14 | | | AVALON | 535050000 | WI | 2105277631 |

| Racial Info Src Desc | Ethnc Num | Blk Afr Amer Num | Asian Num | Hi Pac Isl Num | Amer Ind Akn Ntv Num | Wht Num |
|---|---|---|---|---|---|---|
|  | 0 | 0 | 1 | 0 | 0 | 0 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 0 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 1 | 0 | 0 | 0 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 0 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 0 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 0 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 0 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 0 |

| Gndr Desc | Envr Asmt Desc | Dt Envr Asmt | Tot Scor | Fcly Cong Dist | Dt Clse | Days Open |
|---|---|---|---|---|---|---|
| FEMALE-OWNED ORGANIZATION | NATIONAL PROGRAMMATIC AGREEMNT | 8/30/2023 | 54.59 | 2 | | 34 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W/O RPT | 8/9/2023 | 72 | 2 | | 50 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W RPT | 9/11/2019 | 20 | 3 | | 97 |
| | CATEGORICAL EXCLUSION W RPT | 8/10/2023 | 64.5 | 1 | | 20 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W RPT | 8/11/2023 | 77.12 | 7 | | 27 |
| FEMALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W RPT | 8/11/2023 | 70 | 2 | | 23 |
| | CATEGORICAL EXCLUSION W RPT | 9/27/2023 | 55 | 3 | | 20 |
| | CATEGORICAL EXCLUSION W RPT | 9/27/2023 | 55 | 3 | | 20 |
| | CATEGORICAL EXCLUSION W RPT | 9/27/2023 | 55 | 3 | | 20 |
| | CATEGORICAL EXCLUSION W RPT | 9/27/2023 | 55 | 3 | | 20 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W/O RPT | 9/25/2023 | 51.13 | 1 | | 20 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W/O RPT | 9/27/2023 | 53.12 | 1 | | 20 |
| | CATEGORICAL EXCLUSION W/O RPT | 8/15/2023 | 70 | 2 | | 41 |
| | CATEGORICAL EXCLUSION W/O RPT | 8/21/2023 | 70 | 1 | | 41 |

| Fcly Geo St Nm (Rd Fcly Cp) | Region | Prj Gls Id Key (Bp Loan Grnt Actv Cp) | Borrower Name | Appl Svc St Nm | Appl Svc Hq Nm |
|---|---|---|---|---|---|
| NEW MEXICO | West | 2.50004E+13 | DONA ANA BIOGAS LLC | NEW MEXICO | ALBUQUERQUE |
| MICHIGAN | Midwest | | MONTEREY RNG LLC | MICHIGAN | RBS-GUARANTEED |
| MICHIGAN | Midwest | | ISABELLA RNG LLC | MICHIGAN | RBS-GUARANTEED |
| MINNESOTA | Midwest | | BIOGASCO RNG LLC | MINNESOTA | ST. PAUL |
| KANSAS | Midwest | | HIGH PLAINS AG ENERGY LLC | KANSAS | HAYS |
| MICHIGAN | Midwest | | ELSIE RNG LLC | MICHIGAN | RBS-GUARANTEED |

| Program | Asst Typ Desc | TOA Code | Status Code | Request Type | Project Name |
|---------|---------------|----------|-------------|--------------|--------------|
| REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 | 360 | GRANT ONLY | FY23 ANAEROBIC DIGESTER |
| REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 | 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER & RNG |
| REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 | 302 | GRANT ONLY | FY23 ANAEROBIC DIGESTER & RNG |
| REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 | 302 | GRANT ONLY | FY24 - ANAEROBIC DIGESTER |
| REAP | REAP-MANDATORY RENEW ENERGY SYST GRANTS | 508 | 302 | GRANT ONLY | FY24 FB REAP ANAEROBIC DIGEST |
| REAP | REAP IRA UNRESTRICTED RES - (FY 24) | 905 | 302 | GRANT ONLY | FY24 ANAEROBIC DIGESTER & RNG |

| Project Type | GLS Obl Amt | Dt Obl | Tot Dvlp Cst | Leverage Percentage Oblgs | Matching Fund Obligation | Energy Type Desc |
|---|---|---|---|---|---|---|
| RENEWABLE ENERGY | 1000000 | 45342 | 36649000 | 0.97 | 35649000 | BIOMASS |
| RENEWABLE ENERGY | 1000000 | 45516 | 41049920 | 0.98 | 40049920 | BIOGAS |
| RENEWABLE ENERGY | 1000000 | 45516 | 31886900 | 0.97 | 30886900 | BIOGAS |
| RENEWABLE ENERGY | 860895 | 45441 | 6200000 | 0.86 | 5339105 | BIOGAS |
| RENEWABLE ENERGY | 1000000 | 45562 | 25610290 | 0.96 | 24610290 | BIOGAS |
| RENEWABLE ENERGY | 1000000 | 45559 | 27063947 | 0.96 | 26063947 | BIOGAS |

| Energy Type Ot Desc | Energy Generated | Energy Generated Units | Energy Saved | Energy Saved Units | Prj Grnhs Rdn Sav Qty | Prj Grnhs Rdn Uom Desc |
|---|---|---|---|---|---|---|
| | 68780481 | KILOWATT HOURS (KWH) | 0 | | 41268.28839 | KILOWATT HOURS (KWH) |
| | 30522860 | KILOWATT HOURS (KWH) | 0 | | 14040.5156 | KILOWATT HOURS (KWH) |
| | 23024325 | KILOWATT HOURS (KWH) | 0 | | 10591.1895 | KILOWATT HOURS (KWH) |
| | 16474209 | KILOWATT HOURS (KWH) | 0 | | 21.68816 | KILOWATT HOURS (KWH) |
| | 17745603 | KILOWATT HOURS (KWH) | 0 | | 7275.69723 | KILOWATT HOURS (KWH) |
| | 31157092 | KILOWATT HOURS (KWH) | 0 | | 14332.26232 | KILOWATT HOURS (KWH) |

Lclly Prodrd Food Ind

N

N

N
N
N

N

OEA Comment

facility will take cow manure from 19,550 cows located on four dairy farms within a 6-mile radius of the project site and convert the feedstock to 226,276 MMBtu/year RNG and 32,500 CY of solid fertilizer. This gas will be injected into the Kinder Morgan pipeline approximately 3.2 miles to the southwest of the DABNRF via a pipeline interconnection. The digestate liquids will be sent to an evaporation pond. Digestate solids will be windrowed and turned for 4-6 weeks and then sold in bulk. All four farms, biomass power generation company that will be selling pipeline quality RNG to natural gas pipeline grid. This project will realize $4,998,912 per year in income and generate 30,522,860 kWH per year, which is enough energy to power 2,808 homes. Project payback is 9 years.

power generation company that will be selling pipeline quality RNG to the natural gas pipeline grid. This project will realize $3,770,832 per year in income and generate 23,024,325 kWH per year, which is enough energy to power 2,118 homes. Project payback is 9 years.

N E E D

digester will produce an estimated 60,548 MMBTU of renewable natural gas per year.

power generation company that will be selling pipeline quality RNG to natural gas pipeline grid. This project will realize $5,102,784 per year in income and generate 31,157,092 kWH per year, which is enough energy to power 2,867 homes. Project payback is 6 years.

| Jobs Created | Jobs Saved | Total Jobs | Businesses Assisted | Small Businesses Assisted | Farms Assisted | Count of Oblgs amount |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 0 | 3 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |
| 0 | 0 | 0 | 1 | 1 | 0 | 1 |

| Spcl Initiative Desc 1 | Spcl Initiative Desc 2 | Spcl Initiative Desc 3 | Spcl Initiative Desc 4 | Spcl Initiative Desc 5 | NAICS Code |
|---|---|---|---|---|---|
| PERSISTENT POVERTY COUNTY | DISTRESSED COMMUNITY | EQUITABLE ACCESS TO RD PGM | | | 221117 |
| | | | | | 221117 |
| | DISTRESSED COMMUNITY | | | | 221117 |
| | | | | | 237120 |
| | | | | | 211130 |
| | | | | | 221117 |

| Borrower Entity Type | Deprsed Revitalized Desc | Fcly Nm | Fcly Adr Line1 |
|---|---|---|---|
| CORPORATION | | DONA ANA BIOGAS LLC | PARCEL 4-016-150-380-466 |
| LIMITED LIABILITY CORPORATION | | 2023 REAP PROJECT | 2730 130TH AVE |
| LIMITED LIABILITY CORPORATION | | 2023 REAP PROJECT | 5877 N WINN RD |
| LIMITED LIABILITY COMPANY | | GREENWOOD DAIRY & MALECHA DAIRY | 14835 CROW RIVER DR |
| LIMITED LIABILITY CORPORATION | | HIGH PLAINS AG ENERGY LLC | SOUTH NAVAHO ROAD & ROAD 40 |
| LIMITED LIABILITY CORPORATION | | 2024 REAP PROJECT | 9697 WEST RILEY ROAD |

| Fcly Adr Line2 | Fcly Adr Line3 | Fcly Adr City | Fcly Adr Zip | Fcly County | Fcly Adr St Abbr | Vapg Elg Desc | Vapg App Cat Desc |
|---|---|---|---|---|---|---|---|
| (17852-18295 STERN DRIVE) | | MESQUITE | 880720000 | DONA ANA | NM | | |
| | | HOPKINS | 493280000 | ALLEGAN | MI | | |
| | | FARWELL | 496220000 | CLARE | MI | | |
| | | ROGERS | 553740000 | STEARNS | MN | | |
| 38.317966-100.838107 | | SCOTT CITY | 678710000 | SCOTT | KS | | |
| | | ELSIE | 488310000 | | MI | | |

| Borr Adr Line1 | Borr Adr Line2 | Borr Adr Line3 | Borr Adr City | Borr Adr Zip Cd | Borr Adr St Abbr | Borr Phn Nbr | Borr Cntct Nm |
|---|---|---|---|---|---|---|---|
| 5 GREENWICH OFFICE PARK | 2ND FLOOR | | GREENWICH | 68310000 | CT | 4169899389 | RYAN, MARTIN |
| 5 GREENWICH OFFICE PARK | 2ND FLOOR | | GREENWICH | 68315128 | CT | 4169899389 | RYAN, MARTIN |
| 5 GREENWICH OFFICE PARK | 2ND FLOOR | | GREENWICH | 68315128 | CT | 4169899389 | RYAN, MARTIN |
| 14835 CROW RIVER DR | | | ROGERS | 553740000 | MN | 3203390096 | EVENS, AARON |
| 9200 WATSON RD | | | ST LOUIS | 631261542 | MO | 3033597811 | BROWN, NICHOLAS |
| 2400 ANSYS DRIVE | SUITE 102 | | CANONSBURG | 153170403 | PA | 4169899389 | RYAN, MARTIN |

| Racial Info Src Desc | Ethnc Num | Blk Afr Amer Num | Asian Num | Hi Pac Isl Num | Amer Ind Akn Ntv Num | Wht Num |
|---|---|---|---|---|---|---|
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 1 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |
| PROVIDED BY CUSTOMER | 0 | 0 | 0 | 0 | 0 | 1 |

| Gndr Desc | Envr Asmt Desc | Dt Envr Asmt | Tot Scor | Fcly Cong Dist | Dt Clse | Days Open | Prj Payback Yrs |
|---|---|---|---|---|---|---|---|
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W RPT | 45317 | 65 | 2 | | 224 | 2 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W/O RPT | 45475 | 65 | 4 | | 50 | 9 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W/O RPT | 45475 | 80 | 2 | | 50 | 9 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W/O RPT | 45373 | 62 | 7 | | 125 | 0 |
| MALE-OWNED ORGANIZATION | ENVIRONMENTAL ASSESSMENT | 45356 | 72 | 1 | | 4 | 6 |
| MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W/O RPT | 45511 | 65 | 7 | | 7 | 6 |

App. Received

45016

45016

45016
45168
45372

45382

| Fcly Geo St Nm (Rd Fcly Cp) | Region | App Gls Id Key | Borrower Name | Appl Svc St Nm | Appl Svc Hq Nm | Program |
|---|---|---|---|---|---|---|
| MASSACHUSETTS | Northeast | 1.72E+14 | ROCKWOOD AG-GRID LLC | MASSACHUSETTS | HADLEY | REAP |
| MASSACHUSETTS | Northeast | 2.53E+14 | GREAT FALLS AQUACULTURE LLC | MASSACHUSETTS | WAREHAM | REAP |

| Asst Typ Desc | TOA Code | Status Code | Request Type | Project Name | Project Type |
|---|---|---|---|---|---|
| REAP IRA RES GRANT UNRESTRICTED (FY 22/23) | 903 | 302 | GRANT ONLY | FY24 500KW ANAEROBIC DIGESTER | RENEWABLE ENERGY |
| REAP IRA RES GRANT UNRESTRICTED (FY 22/23) | 903 | 302 | GRANT ONLY | FY24 ANAEROBIC DIGESTER | RENEWABLE ENERGY |

| GLS Obl Amt | Dt Obl | Tot Dvlp Cst | Leverage Percentage Oblgs | Matching Fund Obligation | Energy Type Desc | Energy Type Ot Desc |
|---|---|---|---|---|---|---|
| $666,250.00 | ######## | 2,665,000 | 0.75 | 1998750 | BIOMASS | |
| $720,250.00 | ######## | 3,050,727 | 0.76 | 2330477 | BIOMASS | |

| Energy Generated | Energy Generated Units | Energy Saved | Energy Saved Units | Prj Grnhs Rdn Sav Qty | Prj Grnhs Rdn Uom Desc |
|---|---|---|---|---|---|
| 2,953,288 | KILOWATT HOURS (KWH) | 0 | | 1,033.65 | KILOWATT HOURS (KWH) |
| 4,993,000 | KILOWATT HOURS (KWH) | 0 | | 1,747.55 | KILOWATT HOURS (KWH) |

Lclly Prodrd Food Ind

N

N

OEA Comment

This Rural Development investment or loan guarantee will be used to assist farmers, ranchers, and rural small businesses in developing renewable energy systems, and in making energy-efficiency improvements to their operations.  Rockwood Ag-Grid LLC is an eligible small business whose purpose is to produce and sell clean, renewable energy from the operation of Anaerobic Digestors.  Project funds will be used for the purchase and installation of a second 500-kW

This Rural Development investment will be used to help Great Falls Aquaculture purchase and install an Anaerobic Digestor. Great Falls Aquaculture is one of the largest and longest running commercial recirculating aquaculture systems (RAS) in the United States. The focus is to provide a cleaner premium fish in a

| Jobs Created | Jobs Saved | Total Jobs | Businesses Assisted | Small Businesses Assisted | Farms Assisted | Spcl Initiative Desc 1 |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 1 | 1 | 0 | |
| 0 | 0 | 0 | 1 | 0 | 0 | |

| Spcl Initiative Desc 2 | Spcl Initiative Desc 3 | Spcl Initiative Desc 4 | Spcl Initiative Desc 5 | NAICS Code | Borrower Entity Type |
|---|---|---|---|---|---|
| | | | | 221117 | LIMITED LIABILITY CORPORATION |
| | | | | 112511 | LIMITED LIABILITY CORPORATION |

| Deprsed Revitalized Desc | Fcly Nm | Fcly Adr Line1 | Fcly Adr Line2 | Fcly Adr Line3 | Fcly Adr City | Fcly Adr Zip |
|---|---|---|---|---|---|---|
| NEITHER | ROCKWOOD AG-GRID LLC | 355 GRANBY ROAD | | | GRANVILLE | 10340000 |
| NEITHER | GREAT FALLS AQUACULTURE LLC | 1 AUSTRALIA WAY | | | TURNERS FALLS | 13761616 |

| Fcly County | Fcly Adr St Abbr | Vapg Elg Desc | Vapg App Cat Desc | Borr Adr Line1 | Borr Adr Line2 | Borr Adr Line3 | Borr Adr City |
|---|---|---|---|---|---|---|---|
| HAMPDEN,PT | MA | | | 7 GREENBRIAR LANE | | | KENNETT SQUARE |
| FRANKLIN,PT | MA | | | 1 AUSTRALIA WAY | | | TURNERS FALLS |

| Borr Adr Zip Cd | Borr Adr St Abbr | Borr Phn Nbr | Borr Cntct Nm | Racial Info Src Desc | Ethnc Num | Blk Afr Amer Num | Asian Num |
|---|---|---|---|---|---|---|---|
| 193480000 | PA | 6105748737 | AKKI, RASHI | EMPLOYEE OBSERVED | 0 | 0 | 0 |
| 13761616 | MA | 0 | MALANDRINOS, JAMES | PROVIDED BY CUSTOMER | 0 | 0 | 0 |

| Hi Pac Isl Num | Amer Ind Akn Ntv Num | Wht Num | Gndr Desc | Envr Asmt Desc | Dt Envr Asmt | Tot Scor |
|---|---|---|---|---|---|---|
| 0 | 0 | 1 | MALE-OWNED ORGANIZATION | CATEGORICAL EXCLUSION W RPT | 12/30/2024 | 51.04 |
| 0 | 0 | 0 | | CATEGORICAL EXCLUSION W RPT | 12/31/2024 | 54.73 |

| Fcly Cong Dist | Dt Clse | Days Open | Prj Payback Yrs | App. Received |
|---|---|---|---|---|
| 1 | | 23 | 8 | 9/29/2023 |
| 2 | | 23 | 6 | 3/27/2024 |